STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ERIC J. PALMER, ESQ.; STATE BAR NO.: 231207
**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: sforman@tharpe-howell.com
E-Mail: epalmer@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT DAYLEY,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; LOWE'S HIW, INC. AND DOES 1 to 10<br><br>Defendants. | Case No.: 2:25-cv-3701 DJC CSK<br>(Assigned to District Judge Daniel J. Calabretta and Magistrate Judge Chi Soo Kim)<br><br>*[Sutter County Superior Court Case No. CVCS25-0001612]*<br><br>**ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: June 27, 2025<br>Trial: December 13. 2027 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1. This action for personal injury is related to an incident that allegedly occurred on or about July 3, 2023 at Defendant's retail store. Plaintiff filed a complaint for personal injury damages on June 27, 2025, in the Sutter County Superior Court. [Doc. 1, Ex. A.]

2. On January 2, 2026, Defendant removed this matter to the United States District Court, Eastern District of California. [Doc. 1.]

3. On January 6, 2026, this matter was assigned to District Judge Daniel J. Calabretta [Doc 4.]

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

4. On February 19, 2026, the Court issued its Scheduling Order, including a Fact Discovery Cut-Off deadline of November 30, 2026, and an Expert Discovery Cut-Off deadline of February 11, 2027.

5. Counsel for the parties have met and conferred and agree that good cause exists to modify the current Scheduling Order, as explained herein, and pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4).

6. The parties are working together to complete discovery and ready this matter for mediation, and, if necessary, for trial. The parties continue to work cooperatively and diligently to exchange information informally and through discovery.

7. The parties believe settlement is the likely outcome of this case. The parties have agreed to private mediation before Jonathan Brenner, Esq. However, due to the mediator's limited availability, as well as the calendars of counsel and their respective clients, the Parties were not able to schedule private mediation earlier than December 29, 2026. Mediation with Attorney Brenner is now scheduled for December 29, 2026.

8. The full nature and extent of Plaintiff's injuries are still being explored. Defendant intends to schedule at least one Rule 35 medical examination of Plaintiff with an orthopedic specialist. Defendant would prefer to schedule this examination after the Parties' participate in private mediation (assuming resolution of the matter is not achieved at that time). Defendant is unable to schedule the Rule 35 examination of Plaintiff with the current Fact Discovery Cut-off deadline falling on November 30, 2026.

///

///

///

///

///

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

9. On August 20, 2026, Plaintiff served a notice of deposition for Defendant's person most qualified, pursuant to Federal Rule 30(b)(6), to proceed on September 17, 2026. Defendant's counsel and the witness were not available on this unilaterally noticed date, but agreed to meet and confer with Plaintiff's counsel to re-schedule the deposition to a mutually agreeable date and time. On November 13, 2026, Plaintiff served an amended Rule 30(b)(6) deposition notice to proceed on November 27, 2026 (the day after the Thanksgiving holiday). Defendant's counsel and the witness were, again, not available on this unilaterally noticed date, but agreed to meet and confer with Plaintiff's counsel to re-schedule the deposition to a mutually agreeable date and time. Notwithstanding, Defendant is unable to produce a Rule 30(b)(6) witness prior to the current Fact Discovery Cut-off deadline of November 30, 2026.

10. At this time, Defendant anticipates that its Rule 30(b)(6) witness will not be available for deposition until January 2027 at the earliest. Additionally, Plaintiff's amended Rule 30(b)(6) deposition notice sets forth sixteen (16) separate topics of examination and ten (10) requests for production of documents. Defendant will require additional time past November 30, 2026 to meet and confer with Plaintiff on the scope, topics of examination, and document production for the Rule 30(b)(6) deposition.

11. The Parties agree that they would each be severely prejudiced if a continuance is not granted as they would each be deprived of the opportunity to complete necessary discovery and sufficiently evaluate this case for settlement and/or trial. Without the Rule 35 medical examination of Plaintiff, Defendant is unable to fully evaluate Plaintiff's alleged injuries, determine which additional experts may be warranted, provide those experts with the medical records, and secure opinions in a timely manner to allow for required expert designation per Rule 26. Plaintiff also requires the Rule 30(b)(6) deposition of Defendant's person most qualified. Neither party will have the opportunity to complete their necessary fact discovery based on the

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

current deadline of November 30, 2026. Moreover, the Parties believe the matter has a strong possibility of resolving at private mediation, and would prefer to conserve resources on expert discovery until after their settlement efforts have been exhausted.

12. This is the Parties' first request for a modification of the Scheduling Order.

Based on the foregoing, and good cause appearing thereon, the Court hereby modifies the Scheduling Order as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Factual Discovery Cut off | 11/30/2026 | 3/01/2027 |
| Expert Disclosure (Initial) | 1/07/2027 | 4/07/2027 |
| Expert Disclosure (Rebuttal) | 1/21/2027 | 4/21/2027 |
| Expert Discovery Cut-off | 2/11/2027 | 5/11/2027 |
| Dispositive Motion Filing Deadline | 4/23/2027 | 5/28/2027 |
| Dispositive Motion Hearing | 6/10/2027, 1:30 p.m. | 7/08/2027, 1:30 p.m. |
| Final Pre-Trial Conference | 10/14/2027, 1:30 p.m. | 10/28/2027 at 1:30 p.m. |
| Jury Trial | 12/13/2027, 8:30 a.m. | 1/10/2028 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: November 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE